**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**Choose Division DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CR-605-ZMB-RHH-1 |
| | ) | |
| ANTIONE HILL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Antione Hill's Unopposed Motion for Modification of Conditions of Release, in which Defendant requests permission to travel to Still Waters Resort in Branson, Missouri, from May 8, 2026, to May 11, 2026. (ECF No. 31.) Defendant's pretrial officer and the government do not oppose this travel request. The pretrial officer requests production of a detailed itinerary before travel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Modification of Conditions of Release (ECF No. 31) is **GRANTED**. Defendant is permitted to travel to Still Waters Resort in Branson, Missouri, from May 8, 2026, to May 11, 2026.

**IT IS FURTHER ORDERED** that **before traveling**, Defendant **must** provide his pretrial officer with a detailed itinerary of his travel plans.

**IT IS FINALLY ORDERED** that Defendant shall continue to abide by the other conditions listed in the Order Setting Conditions of Release (ECF No. 20), and any other restrictions imposed by his pretrial services officer.

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 23rd day of April 2026.